IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-2439-JLK

ASSURANCE COMPANY OF AMERICA, a New York corporation, and
MARYLAND CASUALTY COMPANY, a Maryland corporation,

       Plaintiffs,

v.

MONTERRA HOMES (POWDERHORN), LLC;
JACK ARBESS;
DOUG T. HOANG;
HIEU T. VAN;
GREGORY STORBAKKEN;
JOAN STORBAKKEN;
ALLAN WALTS; AND
MARSHA WALTS,

       Defendants.

---

**ORDER OF DISMISAL WITH PREJUDICE**

---

Pursuant to and in accordance with the Stipulation for Dismissal with Prejudice, signed by the attorneys for the parties hereto, it is

ORDERED that this Action is dismissed with prejudice, the parties to pay their own costs and fees.

DATED this 24 day of July, 2007.

BY THE COURT:

_____
JUDGE JOHN L. KANE
U.S. District Court Judge